# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Katherine Victoria Gast                               Docket No. 5:16-CR-12-11D

### Petition for Action on Conditions of Pretrial Release

COMES NOW Julie Wise Rosa, Senior U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Katherine Victoria Gast, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 14th day of February, 2017.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
Following her release from custody, the defendant advised the probation officer that she had been previously treated for bipolar depression and had been receiving medication during her incarceration. She requested further mental health treatment to address these symptoms and signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervision be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Reviewed and approved,                           I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain                                 /s/ Julie Wise Rosa
Michael C. Brittain                                       Julie Wise Rosa
Supervising U.S. Probation Officer           Senior U.S. Probation Officer
                                                               310 New Bern Avenue, Room 610
                                                               Raleigh, NC 27601-1441
                                                               Phone: 919-861-8675
                                                               Executed On: February 17, 2017

### ORDER OF THE COURT

Considered and ordered the __22nd__ day of __February__, 2017, and ordered filed and made part of the records in the above case.

/s/ Robert T. Numbers II
Robert T. Numbers, II
U.S. Magistrate Judge