UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-12-D-11

UNITED STATES OF AMERICA

v.  :  **ORDER TO SEAL**

KATHERINE VICTORIA GAST

The Court has considered Defendant Katherine Victoria Gast's motion to seal Docket Entry 432. Good cause appearing to the Court on the face of the proposed sealed document, the motion is ALLOWED. The Clerk is hereby directed to place Docket Entry 432 under seal.

This 22 day of November 2017.

JAMES C. DEVER III
Chief United States District Judge