UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-00012-D-11

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| KATHERINE VICTORIA GAST | |

The Court having considered Defendant Katherine Victoria Gast's motion requesting leave to file her sentencing memorandum and exhibit under seal, and good cause having been shown, it is this __30__ day of May 2018 HEREBY ORDERED that the motion is GRANTED. The Clerk is directed to place the Defendant's sentencing memorandum and exhibit under seal.

James C. Dever III
Chief United States District Judge