THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-12-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KATHERINE VICTORIA GAST, | ) | |
| | ) | |
| Defendant. | ) | |

Katherine Victoria Gast ("Gast" or "defendant") moved for reduction of sentence [D.E. 902]. On January 11, 2022, Gast was released from the Bureau of Prisons. See Find an Inmate, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (search name field for "Katherine Victoria Gast") (last visited Feb. 28, 2022). In light of defendant's release, the motion to reduce sentence [D.E. 902] is DENIED AS MOOT.

SO ORDERED. This 28 day of February, 2022.

JAMES C. DEVER III
United States District Judge